1-13-25    Pa Rule 504 Complaint

Reginald Draughn
414 Ashburton place
Coatesville, PA. 19320

1. Materally false written statement purchase delivery transfer of firearm
2. Unsworn falsification to Authorities.

Answers
1. No firearm was ever exchaged. And there where two 4473 firearms applications the first passed with no problems. Through pics system, The other that was declined was faked.
2. I presented my drivers license and permit to carry to gun dealer

1. Date of incident 7-11-20 at 0830 am Police Officer Todd Smith VA Police/ Valley Township Police.
2. Took me to Brandywyne Hospital and the Coatesville VA. Medical Center to try to get me 302d. Officer James Cheffeo did 302 paperwork
3. no warrant
4. I Reginald Draughn here by certify to the best of my knowledge all the above information to be true.

    Reginald Draughn

→ over

5. Both Officers Cheffto and Smith worked for Valley Township Police Dept and would eventually be terminated for filing the original 302 along with the case that was dismissed.

6. Officer Yenger charged me with the offense but actually works for the South Contesuile Police Dept which has the same police chief as Valley Township Police Dept. But Officer Yenger never interogated or investigated me. Especially when there were two applications and the first past with flying colors. The second had to be faxed and never actually went through pics system. Officer Yenger said because I signed the application I was guilty but had he investigated he would have found out that the gun dealer completed the application and I signed it best I could because I did not have my reading glasses.



Reginald Draughn
501 Wawaset Road
West Chester, Pa. 19382

Office of the U.S.
United States District Court
For Eastern District of Pennsylvania
Philadelphia, Pa. 19106-9865

RECEIVED JAN 23 2025