IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD DRAUGHN, : | |
|    Plaintiff, : | |
| : | |
| v. : | Case No. 2:25-cv-0420-JDW |
| : | |
| SOUTH COATESVILLE : | |
| POLICE, et al., : | |

### ORDER

AND NOW, this 31st day of March, 2025, upon statutory screening pursuant to 28 U.S.C. § 1915A of Reginald Draughn's Amended Complaint (ECF No. 8), it is **ORDERED** as follows.

1. The Clerk of Court shall add Valley Township Police, South Coatesville Police, Officer Todd Smith, Detective James Cheffo, Officer Christian Yeager, and Branden Youngman, DO as Defendants.

2. For the reasons stated in the accompanying Memorandum, Mr. Draughn's claims against Valley Township Police and South Coatesville Police, and his official capacity claims against Dr. Youngman are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. 1915A(b).

3. For the reasons stated in the accompanying Memorandum, Mr. Draughn's claims against Det. Cheffo, Officer Yeager, and Officer Smith, and his individual capacity claims against Dr. Youngman are **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court shall **TERMINATE** South Coatesville Police and Valley Township Police as Defendants.

5. Mr. Draughn may file a second amended complaint on or before May 2, 2025. Any second amended complaint must identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the second amended complaint and shall state the basis for Mr. Draughn's claims against each defendant. The second amended complaint shall be a complete document that does not rely on the initial Complaint, Amended Complaint, or other papers filed in this case to state a claim. Mr. Draughn may not assert a claim that I have already dismissed with prejudice. When drafting his second amended complaint, Mr. Draughn should be mindful of the reasons that I dismissed the claims in his Amended Complaint, as explained in the accompanying Memorandum. Upon the filing of a second amended complaint, the Clerk shall not make service until I so order.

6. The Clerk of Court shall send Mr. Draughn a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Mr. Draughn may use this form to file his second amended complaint if he chooses to do so.

7. If Mr. Draughn does not wish to amend his Amended Complaint and instead intends to stand on his Amended Complaint as originally pled, then he may file a notice with the Court on or before May 2, 2025, stating that intent, at which time the I

will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Amended Complaint," and shall include the civil action number for this case.

8. If Mr. Draughn fails to file any response to this Order, I will conclude that he intends to stand on his Amended Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**