IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD DRAUGHN,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:25-cv-00420-JDW |
| : | |
| **TODD SMITH,** et al., : | |
| Defendants. | |

## ORDER

AND NOW, this 18th day of August, 2025, upon statutory screening pursuant to 28 U.S.C. § 1915A of Reginald Draughn's Third Amended Complaint (ECF No. 27), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Third Amended Complaint and all claims based on the use of force incident on March 23, 2025, are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1). Any claims arising from the alleged use of force incident on November 14, 2024, are **DISMISSED WITHOUT PREJUDICE** to Mr. Draughn alleging them in *Draughn v. McCabe, et al.*, Case No. 25-531.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**